anferni-juwan: harris
in care of: 1717 east wier avenue
arizona republic [phoenix] [85040]

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvP 5.4
(Rule Number/Section)

in the harris court,

at the "united states district court"

ANFERNI JUWAN HARRIS,

    claimant,

vs.

EQUIFAX INC,

    wrongdoer.

case number: **CV23-02495-PHX-SPL**

nature of case: claim
claim of reputation
[by way of inaccuracy procedures of the law]

ANFERNI JUWAN HARRIS: require: a 'court of record'; trial by jury

ANFERNI JUWAN HARRIS claim harm by way of reputation.

ANFERNI JUWAN HARRIS: claim reputation; said reputation is, do[es] cause harm to person;

all herein be true, and will verify in open court.

executed on this 29th day of november, in the year of our Lord two thousand and twenty-three

*authorized signature of ANFERNI JUWAN HARRIS*
authorized signature of the represented person

NATURE OF CASE: CLAIM CLAIM OF REPUTATION [BY WAY OF INACCURACY PROCEDURES OF THE LAW] - 1